UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DMAN THOMAS, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-19-1941 |
| ARGOS USA, LLC, | § § § | |
| *Defendant*. | § § | |

## ORDER

The joint motion to approve settlement and dismiss with prejudice (Dkt. 25) is GRANTED. It is therefore ORDERED that the court approves the Settlement Agreement submitted by the parties in this case;

The above-entitled lawsuit is hereby DISMISSED WITH PREJUDICE with each party to bear its own respective attorneys' fees and costs (except as set forth in the Settlement Agreement); and

The court retains jurisdiction to enforce the parties' Settlement Agreement.

Signed at Houston, Texas on June 15, 2020.

_____
Gray H. Miller
Senior United States District Judge